■ In the Matter of DAVID CARDARELLI, Appellant, v CHRISTINA CARDARELLI, Respondent. [746 NYS2d 397] ■

The record supports the denial by the Family Court of the father's application to modify an order of the same court, dated December 16, 1998, awarding the mother custody of the parties' child, since doing so would not be in the best interests of the child (*see Matter of Quinn v Genovese,* 158 AD2d 602; *cf. Matter of Diaz v Diaz,* 224 AD2d 614). Ritter, J.P., Feuerstein, Adams and Rivera, JJ., concur.